| | |
|---|---|
| Jason T. Dennett<br>Kim D. Stephens, P.S., OSB #030635<br>Kaleigh N. Boyd (admitted *pro hac vice*)<br>**TOUSLEY BRAIN STEPHENS PLLC**<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Telephone: (206) 682-5600<br>Email: kstephens@tousley.com<br>Email: kboyd@tousley.com | **Seth H. Row,** OSB No. 021845<br>seth.row@stoel.com<br>**Nathan R. Morales,** OSB No. 145763<br>nathan.morales@stoel.com<br>**Alexandra Choi Giza,** OSB No. 214485<br>alexandra.giza@stoel.com<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone: 503.224.3380 |
| John J. Nelson (admitted *pro hac vice*)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>402 W. Broadway, Suite 1760<br>San Diego, CA 92101<br>Telephone: (858) 209-6941<br>Email: jnelson@milberg.com | **Ian H. Fisher** (*pro hac vice*)<br>ifisher@taftlaw.com<br>**Ioana M. Guset** (*pro hac vice*)<br>iguset@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2600<br>Chicago, IL 60601-4208<br>Telephone: (312) 527-4000 |
| [*Additional counsel listed on signature page*] | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| In re: Pacific Residential Mortgage, LLC Data Security Incident | No. 3:25-cv-00549-SI<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND STAY BY THIRTY (30) DAYS** |

Plaintiffs Stephanie Tabibian, Tihomil Kraker, Alexander Cnossen, and Jerri Hopewell ("Plaintiffs"), together with Defendant Pacific Residential Mortgage, LLC's ("PacRes" or "Defendant"), jointly stipulated to extend the stay of proceedings by an additional thirty (30) days to allow the Parties to finalize the settlement agreement and for Plaintiffs to file their request for dismissal. Having considered the stipulation, and for good cause shown, **IT IS HEREBY ORDERED THAT:**

    1.    The stipulation is **GRANTED.**

2.  The stay of proceedings is extended for an additional thirty (30) days.

**IT IS SO ORDERED.**

DATED:  October 10, 2025                                     _____
                                                             Honorable Michael H. Simon
                                                             United States District Judge


Presented By:

By: */s/ John J. Nelson*
John J. Nelson (admitted pro hac vice)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Telephone: (858) 209-6941
Email: jnelson@milberg.com

Jason T. Dennett
Kim D. Stephens, P.S., OSB #030635
Kaleigh N. Boyd (admitted pro hac vice)
**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Telephone: (206) 682-5600
Email: kstephens@tousley.com
Email: kboyd@tousley.com

Leanna Loginov (admitted pro hac vice)
**SHAMIS & GENTILE P.A.**
14 NE 1st Ave., Suite 705
Miami, Fl 33132
Telephone: (305) 479-2299
Email: lloginov@shamisgentile.com

Melissa G. Meyer*
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Email: mmeyer@zlk.com

Kenneth J. Grunfeld*
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100
Email: grunfeld@kolawyers.com

*Attorney for Plaintiffs and*
*The Proposed Class*

*Pro Hac Vice application forthcoming*